# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ADRIAN E. BLAIR,** | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CASE NO. 3:23-CV-2458-B-BK** |
| | § | |
| **DEPARTMENT OF** | § | |
| **VETERANS AFFAIRS,** | § | |
| **DEFENDANT.** | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. *Defendant's Motion to Dismiss & Supporting Brief*, Doc. 30, is **GRANTED**, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, and this case is **CLOSED**.

SO ORDERED this 26th day of March, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE